# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CAROL MANESS** | **CIVIL DOCKET NO. 5:22-CV-04776** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMERICAN SECURITY INSURANCE CO., ET AL.** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], and after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Carol Maness's VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE [Doc. 16] is GRANTED and that this matter is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 5th day of December 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE